NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES HARRIS, DOC #R63924,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-1128
　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　　)
_____)

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

PER CURIAM.


　　　　　　Affirmed.


CASANUEVA, SLEET and LUCAS JJ., Concur.